# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Jacqueline Springs, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00684-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Pioneer Credit Recovery, Inc., | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2015 Order.

April 9, 2015

*Frank G. John*

Frank G. Johns, Clerk
United States District Court